UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE BLACK & DECKER CORPORATION, )<br>BLACK & DECKER, INC., BLACK & DECKER )<br>(U.S.) INC., EMHART CORPORATION, and )<br>EMHART INDUSTRIES, INC., )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 96-10804-DPW<br>NO. 1:04-CV-10679-DPW<br>(Simpsonville Site) |

**NOTICE OF FILING WITH CLERK'S OFFICE
REGARDING THE SIMPSONVILLE SITE**

Notice is hereby given that the following documents have been manually filed under seal with the Court and are available in paper form only.

- Black & Decker's Memorandum In Opposition To The Liberty Mutual Supplemental Motion For Summary Judgment With Respect To The Simpsonville Site

- Affidavit Of James J. Nicklaus In Opposition To The Liberty Mutual Supplemental Motion For Summary Judgment With Respect To The Simpsonville Site

The original documents are maintained in the case file in the Clerk's Office.

Dated: December 9, 2004            /s/ Jack R. Pirozzolo
                                   Jack R. Pirozzolo, BBO# 400400
                                   Richard L. Binder, BBO# 043240
                                   James J. Nicklaus, BBO# 564806
                                   Willcox, Pirozzolo & McCarthy
                                   Professional Corporation
                                   50 Federal Street
                                   Boston, Massachusetts  02110
                                   (617) 482-5470